IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
SITTING AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 2:19-CR- 096 |
| | ) |
| CHASIDY DANIELLE BRUNETTE | ) |

## MOTION TO ADOPT

Comes now Chasidy Danielle Brunette, by and through counsel, and would move this Honorable Court to adopt a certain motion and memoranda filed by co-defendant, Anthony Nathan Smith, as follows:

Defendant Brunette moves to adopt:

Docs. 325 and 326 "Motion For Bill of Particulars and Memorandum"

WHEREFORE, for good cause shown, Defendant prays that the Court grant Motion To Adopt the aforementioned motion and memorandum.

WHEREFORE, PREMISES CONSIDERED, the Defendant prays for the relief sought herein.

                              Respectfully submitted,

                              CHASIDY DANIELLE BRUNETTE

By: */s/Douglas L. Payne*
DOUGLAS L. PAYNE
Attorney for Defendant, BPR # 013380
401 West Irish Street
Greeneville, Tennessee 37743
(423) 639-2220

CERTIFICATE OF SERVICE

      I, Douglas L. Payne, do hereby certify that on June 19, 2020, a copy of the foregoing Motion to Adopt was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                                        ***/s/Douglas L. Payne***
                                        DOUGLAS L. PAYNE