UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

UNITED STATES OF AMERICA,          )
                                   )
                Plaintiff,          )          2:19-CR-96
                                   )
        vs.                        )
                                   )
CHASIDY DANIELLE BRUNETTE,          )
                                   )
                Defendant.          )
                                   )

**ORDER**

Defendant Brunette has filed a Motion to Adopt [Doc. 335] requesting to adopt the Motion for Bill of Particulars and supporting Memorandum filed by her co-defendant, Anthony Nathan Smith [Docs. 325 & 326]. This motion [Doc. 335] is **GRANTED**.

SO ORDERED:

s/ Cynthia Richardson Wyrick
United States Magistrate Judge