.UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 2:19-CR-096 |
| v. | ) | JUDGE: Wyrick/Greer |
| | ) | |
| CHASIDY DANIELLE BRUNETTE | ) | |
| | ) | |

### UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS

Comes now the United States of America, by and through J. Douglas Overbey, United States Attorney for the Eastern District of Tennessee, and responds to the defendant's Motion to Suppress, filed as Document 333 in the above-captioned case. The United States agrees not to use the evidence seized from the defendant's vehicle on December 31, 2018 against the defendant at trial. The United States further agrees not to introduce or otherwise use Defendant's statement except for impeachment purposes.

Respectfully submitted this the 23rd day of July, 2020.

J. DOUGLAS OVERBEY
UNITED STATES ATTORNEY

By: s/ *Thomas McCauley*
Thomas McCauley, TN Bar#035250
Assistant United States Attorney
220 W. Depot Street, Suite 423
Greeneville, Tennessee 37743
(423) 639-6759
Thomas.McCauley@usdoj.gov

1

s/ *Emily M. Swecker*
Emily M. Swecker
Assistant United States Attorney
TN BPR# 029401
220 W. Depot Street, Suite 423
Greeneville, Tennessee 37743
Emily.Swecker@usdoj.gov